# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| COMMERCIAL CAPITAL, INC., | ) | Case No. 09-17238 MER |
| a Colorado corporation | ) | Chapter 11 |
| EIN: 20-2508479 | ) | |
| | ) | **Jointly Administered Under** |
| Debtor. | ) | **Case No. 09-17238 MER** |
| | ) | |
| _____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| CCI FUNDING I, LLC, | ) | Case No. 09-17437 MER |
| a Delaware limited liability company | ) | Chapter 11 |
| EIN: 20-5982391 | ) | |
| | ) | **Jointly Administered Under** |
| Debtor. | ) | **Case No. 09-17238 MER** |
| | ) | |

## MOTION OF LESTER M. KIRSHENBAUM
## FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Rule 9010(b) of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the District of Colorado, the undersigned respectfully moves for the admission *Pro Hac Vice* of Lester M. Kirshenbaum, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022-3598; Telephone (212) 836-7896, for the purposes of appearing as counsel on behalf of WestLB AG, as creditor and party-in-interest in the above-entitled cases.

Lester M. Kirshenbaum certifies herewith that he is a member in good standing of the bar of the State of New York, the United States District Courts and the United States Bankruptcy Courts for the Southern District of New York, and that he is not currently suspended or disbarred in any court.

In further support of this motion, it is hereby designated that Christopher L. Richardson and Thomas McNamara are members of the bar of this Court and maintain an office in this District for the practice of law. They are persons to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Davis Graham

907651.1

& Stubbs LLP, 1550 17th Street, Suite 500, Denver, Colorado 80202; Telephone: (303) 892-9400, acts as local counsel in this matter on behalf of WestLB AG.

EXECUTED under penalty of perjury on this 11th day of May, 2009.

KAYE SCHOLAR LLP

/s/ Lester M. Kirshenbaum
Lester M. Kirshenbaum
425 Park Avenue
New York, NY 10022-3598
Telephone: (212) 836-7896
E-mail: lkirshenbaum@kayescholar.com

Attorney for WestLB AG

Respectfully submitted,

DAVIS GRAHAM & STUBBS LLP

/s/ Christopher L. Richardson
Christopher L. Richardson, No. 13437
Tom McNamara, No. 19880
1550 Seventeenth Street, Suite 500
Denver, Colorado 80202
Phone: (303) 892-9400
Fax:    (303) 893-1379
E-mail: chris.richardson@dgslaw.com
E-mail: tom.mcnamara@dgslaw.com

Attorneys for WestLB AG

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION OF LESTER M. KIRSHENBAUM FOR ADMISSION TO PRACTICE *PRO HAC VICE*** was served U.S. mail, first class postage prepaid, on May 11, 2009, on the following:

Commercial Capital, Inc.
8101 E. Prentice Avenue
Englewood, CO 80111
Attn:  Matt Witt

CCI Funding I, LLC
8101 E. Prentice Avenue
Greenwood Village, CO 80111-2390

George Rosenberg, Esq.
5334 S. Prince Street
Littleton, CO 80166

Lawrence Bass
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

William D. Nelsch
1490 Lafayette Street
Suite. 407
Denver, CO 80218-2394

Mark R. Liscio
Ana M. Alfonso
Kaye Scholar LLP
425 Park Avenue
New York, NY 10022-3598

Jeffrey Weinman
William A. Richey
730 17th Street
Suite 240
Denver, CO 80202

Joel Laufer
Robert Padjen
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Office of the United States Trustee
Attn:  Alan K. Motes
999 18th Street, Suite 1551
Denver, CO 80202

Steve  E. Abelman
Brownstein Hyatt Farber Schreck LLP
410 17th Street, Suite 2200
Denver, CO 80202-4432

James T. Burghardt
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1473

Eric B. Liebman
Moye White LLP
1400 16th Street, 6th Floor
Denver, CO 80202-1473

Darrell G. Waas
950 17th Street
Suite 1600
Denver, CO 80202

/s/ Marilyn R. Moll, paralegal