## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: <br><br>COMMERCIAL CAPITAL, INC., <br>a Colorado corporation <br>EIN:  20-2508479 <br><br>                    Debtor. <br>_____ <br><br>In re: <br><br>CCI FUNDING I, LLC, <br>a Delaware limited liability company <br>EIN:  20-5982391 <br><br>                    Debtor. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | Case No. 09-17238 MER <br>Chapter 11 <br><br>**Jointly Administered Under** <br>**Case No. 09-17238 MER** <br><br><br><br><br><br>Case No. 09-17437 MER <br>Chapter 11 <br><br>**Jointly Administered Under** <br>**Case No. 09-17238 MER** |

---

### ORDER GRANTING MOTION OF LESTER M. KIRSHENBAUM
### FOR ADMISSION TO APPEAR *PRO HAC VICE*
---

THIS MATTER, having come before the Court on Motion of Lester M. Kirshenbaum For Admission To Practice *Pro Hac Vice* (the ("Motion") and the Court having reviewed the matter and being informed of the premises and for other good cause appearing,

IT IS HEREBY ORDERED that the Motion and the same hereby is GRANTED, Lester M. Kirshenbaum is hereby admitted to appear *Pro Hac Vice* on behalf of WestLB AG, as creditor and party-in-interest in the above-captioned cases.

DATED this ____ day of May, 2009

BY THE COURT

_____
United States Bankruptcy Judge

907710.1