# EXHIBIT 2

CCI FUNDING I, LLC
SUMMARY OF TIME - JULY 1, 2011 - DECEMBER 21, 2011
KAPLAN & ASSOCIATES, P.C.

Beginning balance     5,774.88

| NAME | HOURS | RATE | TOTALS | | |
|---|---|---|---|---|---|
| Damon Kaplan | 17.70 | 200.00 | 3,540.00 | | |
| Jody Antonsen | 16.60 | 100.00 | 1,660.00 | | |
| Sylvia Rachal | 5.50 | 0.00 | 0.00 | | |
| Dawn Schulte | 3.00 | 0.00 | 0.00 | | |
| July Totals | | | 5,200.00 | | |
| | | | | July expenses | |
| | | | | Postage | 2.08 |
| | | | | PACER Internet Fees | 4.56 |
| | | | | Total | 6.64 |
| NAME | HOURS | RATE | TOTALS | | |
| Damon Kaplan | 16.60 | 200.00 | 3,320.00 | | |
| Jody Antonsen | 10.90 | 100.00 | 1,090.00 | | |
| Sylvia Rachal | 1.50 | 50.00 | 75.00 | | |
| Dawn Schulte | 1.00 | 0.00 | 0.00 | | |
| August Totals | | | 4,485.00 | | |
| | | | | August expenses | |
| | | | | PACER Internet Fees | 10.56 |
| | | | | Total | 10.56 |
| NAME | HOURS | RATE | TOTALS | | |
| Damon Kaplan | 9.70 | 200.00 | 1,940.00 | | |
| Jody Antonsen | 7.60 | 100.00 | 760.00 | | |
| Dawn Schulte | 1.00 | 0.00 | 0.00 | | |
| September Totals | | | 2,700.00 | | |
| | | | | September expenses | |
| | | | | PACER Internet Fees | 2.48 |
| | | | | Total | 2.48 |
| NAME | HOURS | RATE | TOTALS | | |
| Damon Kaplan | 16.40 | 200.00 | 3,280.00 | | |
| Jody Antonsen | 10.80 | 100.00 | 1,080.00 | | |
| Dawn Schulte | 0.30 | 0.00 | 0.00 | | |
| October Totals | | | 4,360.00 | | |
| | | | | October expenses | |
| | | | | Parking expense 10/04/2011 | 14.00 |
| | | | | Total | 14.00 |
| NAME | HOURS | RATE | TOTALS | | |
| Damon Kaplan | 53.70 | 200.00 | 10,740.00 | | |
| Jody Antonsen | 4.60 | 100.00 | 460.00 | | |
| Sylvia Rachal | 12.00 | 55.00 | 660.00 | | |
| November Totals | | | 11,860.00 | | |
| | | | | November expenses | |
| | | | | PACER Internet Fees | 15.76 |
| | | | | Parking expense 11/22/2011 | 14.00 |
| | | | | Total | 29.76 |

CCI FUNDING I, LLC SUMMARY OF TIME, CONT.

| NAME | HOURS | RATE | TOTALS | | |
|---|---|---|---|---|---|
| Damon Kaplan | 16.00 | 200.00 | 3,200.00 | | |
| Jody Antonsen | 13.10 | 100.00 | 1,310.00 | | |
| December Totals | | | 4,510.00 | | |
| | | | | December expenses | |
| | | | | PACER Internet Fees | 37.60 |
| | | | | Total | 37.60 |

PAYMENTS & ADJUSTMENTS

| | | | |
|---|---|---|---|
| 7/31/2011 Billing Discretion | -250.00 | | |
| 8/5/2011 Payment | -22.38 | - | June invoice |
| 8/5/2011 Payment | -1,710.00 | - | June invoice |
| 9/30/2011 Payment | -6.64 | - | July invoice |
| 9/30/2011 Payment | -3,900.00 | - | July invoice |
| 9/30/2011 Payment | -10.56 | - | August invoice |
| 9/30/2011 Payment | -3,363.75 | - | August invoice |
| 11/9/2011 Payment | -2.48 | - | September invoice |
| 11/9/2011 Payment | -2,025.00 | - | September invoice |
| 11/9/2011 Fee request payment | -4,042.50 | | |
| 11/30/2011 Billing Discretion | -1,000.00 | | |
| 12/28/2011 Payment | -14.00 | - | October invoice |
| 12/28/2011 Payment | -3,270.00 | - | October invoice |
| 12/28/2011 Payment | -29.76 | - | November invoice |
| 12/28/2011 Payment | -8,895.00 | - | November invoice |
| Total payments | -28,542.07 | | |

| | |
|---|---|
| Beginning balance | 5,774.88 |
| Fees | 33,115.00 |
| Expenses | 101.04 |
| Payments & Adjustments | -28,542.07 |
| TOTAL | 10,448.85 |

Kaplan & Associates, P.C.
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO 80111
303-327-5007

Invoice submitted to:
CCIFI, LLC
c/o Janice Steinle, Trustee
9249 S. Broadway, #200 PMB 505
Highlands Ranch CO 80129

Date: July 31, 2011

Invoice # : 22676

In Reference To: Preparation of monthly operating reports

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| Consulting | | | | |
| 7/8/2011 | DLK | Telephone call with Phil regarding CV and DV and associated income tax returns. | 0.30 200.00/hr | 60.00 |
| 7/14/2011 | DLK | Review income tax returns of Corlis | 0.50 200.00/hr | 100.00 |
| 7/15/2011 | DLK | Review Vernon income tax returns | 0.50 200.00/hr | 100.00 |
| 7/21/2011 | DLK | Review income tax returns for Mr Corlis and Mr. Vernon and the related entities to gather an understanding of their financial position and available cash flow | 4.00 200.00/hr | 800.00 |
| 7/22/2011 | DLK | Telephone call with Phil regarding the financial position of Mr. Vernon and Corlis | 0.50 200.00/hr | 100.00 |
| | | SUBTOTAL: | [ 5.80 | 1,160.00] |
| Monthly Operating Reports | | | | |
| 7/1/2011 | DLK | Prepare monthly operating report | 0.20 200.00/hr | 40.00 |
| 7/2/2011 | DLK | Prepare monthly operating report | 1.50 200.00/hr | 300.00 |
| 7/8/2011 | DLK | Prepare monthly operating report | 0.50 200.00/hr | 100.00 |
| 7/11/2011 | DLK | Prepare monthly operating report | 1.00 200.00/hr | 200.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2011 | DLK | Prepare monthly operating report | 1.00<br>200.00/hr | 200.00 |
| 7/14/2011 | DLK | Prepare monthly operating report | 0.50<br>200.00/hr | 100.00 |
| 7/15/2011 | JLA | June monthly operating report | 7.10<br>100.00/hr | 710.00 |
|  | SRR | Preparation of Monthly Statements | 4.50<br>50.00/hr | No Charge |
|  | DLK | Prepare monthly operating reports | 0.80<br>200.00/hr | 160.00 |
| 7/18/2011 | DLK | Prepare monthly operating report and attorney payment history as requested by Kaye Scholer, LLP | 2.00<br>200.00/hr | 400.00 |
|  | JLA | June monthly operating report | 4.10<br>100.00/hr | 410.00 |
| 7/20/2011 | SRR | Report for CCIF | 1.00<br>50.00/hr | No Charge |
|  | JLA | June monthly operating report | 5.40<br>100.00/hr | 540.00 |
|  | DLK | Prepare monthly report | 3.00<br>200.00/hr | 600.00 |
|  | DLK | Prepare summary of professional fees and provide detail as request by Rita | 0.80<br>200.00/hr | 160.00 |
|  | DLK | Telephone call with Rita regarding Trustee compensation and amounts reflected in reports. | 0.30<br>200.00/hr | 60.00 |
| 7/21/2011 | DLK | Prepare monthly operating reports | 0.30<br>200.00/hr | 60.00 |
| 7/25/2011 | DSS | Fee application through June 2011 | 3.00 | No Charge |
|  |  | SUBTOTAL: | [ 37.00 | 4,040.00] |
|  |  | For professional services rendered | 42.80 | $5,200.00 |

Additional Charges :

<u>Monthly Operating Reports</u>

| 7/18/2011 | Pacer Internet Fees |  | 4.56 |
|---|---|---|---|
| 7/22/2011 | Postage Expense |  | 2.08 |
|  | SUBTOTAL: | [ | 6.64] |

CCIFI, LLC                                                                                      Page        3

|  | Amount |
|---|---:|
| Total additional charges | $6.64 |
| Total amount of this bill | $5,206.64 |
| Previous balance | $5,774.88 |

Accounts receivable transactions

| 7/31/2011 | Courtesy Discount | ($250.00) |
| 8/5/2011 | Payment - Thank You. Check No. 1304 | ($22.38) |
| 8/5/2011 | Payment - Thank You. Check No. 1303 | ($1,710.00) |
| | Total payments and adjustments | ($1,982.38) |
| | Balance due | $8,999.14 |

Kaplan & Associates, P.C.
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO  80111
303-327-5007

Invoice submitted to:
CCIFI, LLC
c/o Janice Steinle, Trustee
9249 S. Broadway, #200 PMB 505
Highlands Ranch CO 80129

Date:   August 31, 2011

Invoice # :   22740

In Reference To:  Preparation of monthly operating reports

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Consulting** | | | | |
| 8/4/2011 | DLK | Review documents provided and telephone call with Phil Pearlman | 0.50<br>200.00/hr | 100.00 |
| 8/17/2011 | DSS | Clerical Services; letter to J. Steinle and P. Pearlman | 1.00 | No Charge |
|  | DLK | Prepare analysis of financial condition of Mr. Vernon and Corlis and their ability to perform on their personal guarantees and draft report to Trustee. | 5.00<br>200.00/hr | 1,000.00 |
| 8/22/2011 | SRR | Review letter and statement | 1.50<br>50.00/hr | 75.00 |
| 8/23/2011 | DLK | Prepare revisions and additional analysis regarding Corlis and Vernon | 1.50<br>200.00/hr | 300.00 |
|  | DLK | Telephone call with Phil regarding Vernon and Corlis analysis | 0.50<br>200.00/hr | 100.00 |
| 8/24/2011 | DLK | Financial analysis of Vernon and Corlis | 0.50<br>200.00/hr | 100.00 |
|  |  | SUBTOTAL: | [      10.50 | 1,675.00] |
| **Monthly Operating Reports** | | | | |
| 8/4/2011 | DLK | Prepare monthly operating reports | 0.20<br>200.00/hr | 40.00 |
| 8/8/2011 | DLK | Prepare monthly operating report | 0.40<br>200.00/hr | 80.00 |
| 8/15/2011 | JLA | July monthly operating report | 3.50<br>100.00/hr | 350.00 |

CCIFI, LLC                                                                                                Page        2

|            |     |                                                                                                                       | Hrs/Rate           | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|--------------------|-----------|
| 8/15/2011  | DLK | Prepare monthly report                                                                                                | 0.70<br>200.00/hr  | 140.00    |
| 8/16/2011  | DLK | Telephone call with Trustee regarding Chapter 11 plan, projected legal fees and future compensation to professionals. | 0.90<br>200.00/hr  | 180.00    |
| 8/19/2011  | JLA | July monthly operating report                                                                                         | 3.90<br>100.00/hr  | 390.00    |
|            | DLK | Prepare monthly operating report                                                                                      | 2.00<br>200.00/hr  | 400.00    |
| 8/22/2011  | JLA | July monthly operating report                                                                                         | 3.50<br>100.00/hr  | 350.00    |
|            | DLK | Prepare monthly operating reports                                                                                     | 4.00<br>200.00/hr  | 800.00    |
|            | DLK | Prepare professional fee summary for Trimont                                                                          | 0.40<br>200.00/hr  | 80.00     |

SUBTOTAL:                                                                                                    [   19.50     2,810.00]

For professional services rendered                                                                               30.00      $4,485.00

Additional Charges :

<u>Preparation of tax return</u>

8/15/2011 Pacer Internet Fees                                                                                                 10.56

SUBTOTAL:                                                                                                             [       10.56]

Total additional charges                                                                                                     $10.56

Total amount of this bill                                                                                                 $4,495.56

Previous balance                                                                                                          $8,999.14

Balance due                                                                                                              $13,494.70

Kaplan & Associates, P.C.
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO 80111
303-327-5007

Invoice submitted to:
CCIFI, LLC
c/o Janice Steinle, Trustee
9249 S. Broadway, #200 PMB 505
Highlands Ranch CO 80129

Date: October 10, 2011

Invoice # : 22747

In Reference To: Preparation of monthly operating reports

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Monthly Operating Reports** | | | | |
| 9/1/2011 | DLK | Prepare monthly operating reports | 0.30<br>200.00/hr | 60.00 |
| 9/14/2011 | JLA | Monthly operating report August | 1.60<br>100.00/hr | 160.00 |
| 9/15/2011 | JLA | Monthly operating report August | 0.40<br>100.00/hr | 40.00 |
| 9/16/2011 | DLK | Prepare monthly operating report | 0.50<br>200.00/hr | 100.00 |
| 9/19/2011 | JLA | Monthly operating report August | 4.70<br>100.00/hr | 470.00 |
| | DLK | Prepare monthly operating reports | 3.50<br>200.00/hr | 700.00 |
| 9/20/2011 | DSS | Clerical Services; August MOR | 0.60 | No Charge |
| | DLK | Prepare schedule of total payments to professionals sorted by category and summarized for Timont | 1.50<br>200.00/hr | 300.00 |
| | DLK | Prepare monthly operating report | 2.50<br>200.00/hr | 500.00 |
| 9/21/2011 | DLK | Prepare monthly operating report | 0.50<br>200.00/hr | 100.00 |
| 9/23/2011 | DLK | Prepare schedules and review loan requirements | 0.30<br>200.00/hr | 60.00 |

CCI⌐I, LLC                                                                                        Page        2

|            |     |                                  | Hrs/Rate          | Amount    |
|------------|-----|----------------------------------|-------------------|-----------|
| 9/23/2011  | JLA | Monthly operating report August  | 0.40<br>100.00/hr | 40.00     |
| 9/26/2011  | JLA | Sept monthly operating report    | 0.30<br>100.00/hr | 30.00     |
| 9/28/2011  | JLA | Sept monthly operating report    | 0.20<br>100.00/hr | 20.00     |
|            | DLK | Prepare monthly operating report | 0.30<br>200.00/hr | 60.00     |
| 9/29/2011  | DLK | Prepare monthly report           | 0.20<br>200.00/hr | 40.00     |
| 9/30/2011  | DLK | Prepare monthly operating report | 0.10<br>200.00/hr | 20.00     |

|                                  |   |          |            |
|----------------------------------|---|----------|------------|
| SUBTOTAL:                        | [ | 17.90    | 2,700.00]  |
| For professional services rendered |  | 17.90  | $2,700.00  |

Additional Charges :

Monthly Operating Reports

| 9/14/2011 Pacer Internet Fees |   |       |
|--------------------------------|---|-------|
|                                |   | 2.48  |

| SUBTOTAL:                | [ | 2.48] |
|--------------------------|---|-------|
| Total additional charges |   | $2.48 |

| Total amount of this bill | $2,702.48  |
|---------------------------|------------|
| Previous balance          | $13,494.70 |

Accounts receivable transactions

| 9/30/2011 | Payment - Thank You. Check No. 1321 | ($6.64)      |
|-----------|-------------------------------------|--------------|
| 9/30/2011 | Payment - Thank You. Check No. 1320 | ($3,900.00)  |
| 9/30/2011 | Payment - Thank You. Check No. 1323 | ($10.56)     |
| 9/30/2011 | Payment - Thank You. Check No. 1322 | ($3,363.75)  |

| Total payments and adjustments | ($7,280.95) |
|--------------------------------|-------------|
| Balance due                    | $8,916.23   |

Kaplan & Associates, P.C.
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO 80111
303-327-5007

Invoice submitted to:
CCIFI, LLC
c/o Janice Steinle, Trustee
9249 S. Broadway, #200 PMB 505
Highlands Ranch CO 80129

Date: October 31, 2011

Invoice # : 22857

In Reference To: Preparation of monthly operating reports

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Monthly Operating Reports** | | | | |
| 10/1/2011 | DLK | Prepare monthly operating report | 1.00 200.00/hr | 200.00 |
| 10/3/2011 | DLK | Prepare monthly operating report | 0.60 200.00/hr | 120.00 |
| | JLA | Sept monthly operating report | 2.20 100.00/hr | 220.00 |
| 10/4/2011 | DLK | Prepare for meeting with legal team | 1.10 200.00/hr | 220.00 |
| | DLK | Attend meeting to review loan status and confirm assets and current administration strategy. | 5.80 200.00/hr | 1,160.00 |
| | DLK | Prepare monthly reports | 1.00 200.00/hr | 200.00 |
| 10/5/2011 | JLA | Sept monthly operating return | 0.20 100.00/hr | 20.00 |
| 10/13/2011 | DLK | Prepare monthly operating report | 0.20 200.00/hr | 40.00 |
| 10/14/2011 | JLA | Sept monthly operating report | 4.90 100.00/hr | 490.00 |
| | DLK | Prepare monthly operating report | 0.50 200.00/hr | 100.00 |
| 10/16/2011 | DLK | Prepare monthly operating report | 2.50 200.00/hr | 500.00 |

CCIFI, LLC                                                                                               Page     2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/17/2011 | DLK | Prepare monthly operating report | 0.50 200.00/hr | 100.00 |
|  | JLA | Sept monthly operating report | 1.60 100.00/hr | 160.00 |
| 10/18/2011 | DLK | Prepare monthly report | 0.30 200.00/hr | 60.00 |
| 10/19/2011 | JLA | Sept monthly operating report | 0.10 100.00/hr | 10.00 |
|  | DLK | Prepare monthly operating report | 1.40 200.00/hr | 280.00 |
| 10/20/2011 | DSS | Process MOR for September | 0.30 | No Charge |
|  | DLK | Prepare monthly operating report - review motion and prepare email response | 0.50 200.00/hr | 100.00 |
| 10/28/2011 | DLK | Prepare monthly operating report | 0.50 200.00/hr | 100.00 |
| 10/31/2011 | JLA | October monthly operating report | 1.80 100.00/hr | 180.00 |
|  | DLK | Prepare monthly operating report | 0.50 200.00/hr | 100.00 |

SUBTOTAL:                                                                                  [     27.50    4,360.00]

For professional services rendered                                                               27.50    $4,360.00

Additional Charges :

<u>Consulting</u>

10/4/2011 Parking Expense - Meeting 10/04/2011                                                             14.00

SUBTOTAL:                                                                                             [     14.00]

Total additional charges                                                                                   $14.00

Total amount of this bill                                                                                $4,374.00

Previous balance                                                                                         $8,916.23

Balance due                                                                                             $13,290.23

Kaplan & Associates, P.C.
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO  80111
303-327-5007

Invoice submitted to:
CCIFI, LLC
c/o Janice Steinle, Trustee
9249 S. Broadway, #200 PMB 505
Highlands Ranch CO 80129

Date:  November 30, 2011

Invoice # :     22971

In Reference To:  Preparation of monthly operating reports and bankruptcy plan confirmation support

Professional Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Bankruptcy Plan Confirmation Support** | | | | |
| 11/17/2011 | DLK | Telephone call with Phil and Rita regarding plan confirmation | 0.30<br>200.00/hr | 60.00 |
|  | DLK | Prepare information requested by law firm | 2.90<br>200.00/hr | 580.00 |
| 11/18/2011 | DLK | Prepare information for testimony | 1.00<br>200.00/hr | 200.00 |
|  | DLK | Prepare monthly operating report and gather figures for law firm for hearing | 3.10<br>200.00/hr | 620.00 |
| 11/20/2011 | DLK | Review monthly operating reports and prepare for court hearing regarding plan confirmation | 6.00<br>200.00/hr | 1,200.00 |
|  | DLK | Prepare updated attorney schedule and accounts payable summary for counsel | 2.30<br>200.00/hr | 460.00 |
| 11/21/2011 | DLK | Review Trustee compensation accrued and project amount owed based on the distribution to be made. | 0.80<br>200.00/hr | 160.00 |
|  | DLK | Review November activity to prepare an estimate of fees, expenses and cash flow needs through plan confirmation date and anticipated Trustee compensation. | 0.80<br>200.00/hr | 160.00 |
|  | DLK | Review claims filed in the case and prepare response to address the validity of the Internal Revenue Service priority claim filed in the case and provide information for objection. | 1.30<br>200.00/hr | 260.00 |
|  | DLK | Prepare information and review two years of transactions for testimony for confirmation of the plan hearing | 5.90<br>200.00/hr | 1,180.00 |

CCIFI, LLC                                                                                          Page      2

|            |     |                                                                                   | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------|-------------------|----------|
| 11/21/2011 | DLK | Review documents prepared by Chris Wren and reconcile amounts between the MOR and his schedule | 2.00 200.00/hr    | 400.00   |
|            | DLK | Conference call with counsel regarding testimony and reports needed.              | 0.70 200.00/hr    | 140.00   |
| 11/22/2011 | DLK | Attend confirmation hearing and testify at hearing.                               | 4.00 200.00/hr    | 800.00   |
|            | DLK | Meet with legal team before hearing to confirm documents and presentation         | 1.50 200.00/hr    | 300.00   |
|            | DLK | Prepare for data and prepare schedule for meeting with legal team before hearing  | 2.50 200.00/hr    | 500.00   |
|            |     | SUBTOTAL:                                                                         | [ 35.10           | 7,020.00] |

Monthly Operating Reports

|            |     |                                                                                   | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------|-------------------|----------|
| 11/1/2011  | DLK | Prepare monthly operating report                                                  | 0.30 200.00/hr    | 60.00    |
|            | DLK | Prepare payment schedule for MS per email request                                 | 0.30 200.00/hr    | 60.00    |
| 11/2/2011  | JLA | October monthly operating report                                                  | 0.10 100.00/hr    | 10.00    |
| 11/4/2011  | JLA | October monthly operating report                                                  | 1.30 100.00/hr    | 130.00   |
|            | DLK | Prepare monthly operating report                                                  | 0.50 200.00/hr    | 100.00   |
| 11/7/2011  | JLA | October monthly operating report                                                  | 3.20 100.00/hr    | 320.00   |
|            | DLK | Revise monthly attorney schedule                                                  | 0.20 200.00/hr    | 40.00    |
|            | DLK | Prepare monthly operating report                                                  | 2.00 200.00/hr    | 400.00   |
| 11/14/2011 | SRR | Accounting Services                                                               | 3.00 55.00/hr     | 165.00   |
|            | DLK | Prepare monthly report                                                            | 1.50 200.00/hr    | 300.00   |
| 11/15/2011 | SRR | Accounting Services                                                               | 1.50 55.00/hr     | 82.50    |
|            | DLK | Review receivership information and payment history for legal counsel.            | 0.80 200.00/hr    | 160.00   |
|            | DLK | Prepare monthly reports                                                           | 3.00 200.00/hr    | 600.00   |

CCIFI, LLC                                                                                    Page      3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2011 | SRR | Accounting Services | 5.00<br>55.00/hr | 275.00 |
|  | DLK | Prepare monthly operating report | 7.00<br>200.00/hr | 1,400.00 |
| 11/17/2011 | SRR | Accounting Services | 2.50<br>55.00/hr | 137.50 |
|  | DLK | Prepare monthly operating report | 3.00<br>200.00/hr | 600.00 |

|  |  |
|---|---|
| SUBTOTAL: | [    35.20      4,840.00] |
| For professional services rendered | 70.30     $11,860.00 |

Additional Charges :

<u>Monthly Operating Reports</u>

| 10/14/2011 | Pacer Internet Fees | 2.32 |
|---|---|---|
| 11/4/2011 | Pacer Internet Fees | 2.48 |
| 11/7/2011 | Pacer Internet Fees | 2.88 |
| 11/9/2011 | Pacer Internet Fees | 5.52 |
| 11/16/2011 | Pacer Internet Fees | 2.56 |
| 11/22/2011 | Parking | 14.00 |

|  |  |
|---|---|
| SUBTOTAL: | [    29.76] |
| Total additional charges | $29.76 |
| Total amount of this bill | $11,889.76 |
| Previous balance | $13,290.23 |

Accounts receivable transactions

| 11/9/2011 | Payment - Thank You. Check No. 1348 | ($4,042.50) |
|---|---|---|
| 11/9/2011 | Payment - Thank You. Check No. 1347 | ($2.48) |
| 11/9/2011 | Payment - Thank You. Check No. 1346 | ($2,025.00) |
| 11/30/2011 | Courtesy Discount | ($1,000.00) |

|  |  |
|---|---|
| Total payments and adjustments | ($7,069.98) |
| Balance due | $18,110.01 |

Kaplan & Associates, P.C.
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO  80111
303-327-5007

Invoice submitted to:
CCIFI, LLC
c/o Janice Steinle, Trustee
9249 S. Broadway, #200 PMB 505
Highlands Ranch CO 80129

Date:   December 21, 2011

Invoice # :   22996

In Reference To:  Preparation of monthly operating reports and bankruptcy plan confirmation support

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Monthly Operating Reports** | | |
| 12/12/2011 | JLA | November monthly operating report | 2.90<br>100.00/hr | 290.00 |
| | DLK | Prepare monthly operating reports | 0.80<br>200.00/hr | 160.00 |
| 12/13/2011 | DLK | Prepare monthly operating report - telephone call with Phil regarding plan confirmation reporting requirements | 0.50<br>200.00/hr | 100.00 |
| | DLK | Prepare monthly operating reports | 0.30<br>200.00/hr | 60.00 |
| 12/14/2011 | DLK | Prepare monthly operating reports | 1.50<br>200.00/hr | 300.00 |
| | JLA | November monthly operating report | 1.90<br>100.00/hr | 190.00 |
| 12/19/2011 | JLA | November monthly operating report | 5.20<br>100.00/hr | 520.00 |
| | DLK | Prepare monthly operating report | 3.40<br>200.00/hr | 680.00 |
| 12/20/2011 | JLA | November monthly operating report | 2.50<br>100.00/hr | 250.00 |
| | DLK | Prepare monthly operating report and update attorney schedule | 2.50<br>200.00/hr | 500.00 |
| | DLK | Prepare monthly operating report - telephone call with Trustee to discuss final report | 0.50<br>200.00/hr | 100.00 |

CCIFI, LLC                                                                                           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2011 | JLA | December monthly operating report | 0.60<br>100.00/hr | 60.00 |
|  | DLK | Prepare monthly report, enter disbursements for invoices issued in October and November | 2.00<br>200.00/hr | 400.00 |
|  | DLK | Prepare projected professional fees, summary of outstanding balances and calculate Trustee compensation since inception of the case | 2.50<br>200.00/hr | 500.00 |
|  | DLK | Prepare monthly operating report | 1.00<br>200.00/hr | 200.00 |
|  | DLK | Discussion with counsel regarding reporting of current month activity | 0.40<br>200.00/hr | 80.00 |
|  | DLK | reconcile attorney invoices for the close of the year. | 0.60<br>200.00/hr | 120.00 |

SUBTOTAL:                                                                      [     29.10     4,510.00]

For professional services rendered                                                    29.10     $4,510.00

Additional Charges :

Monthly Operating Reports

| 11/17/2011 | Pacer Internet Fees | 9.84 |
|---|---|---|
| 11/22/2011 | Pacer Internet Fees | 10.88 |
| 11/23/2011 | Pacer Internet Fees | 4.96 |
| 11/29/2011 | Pacer Internet Fees | 2.48 |
| 12/1/2011 | Pacer Internet Fees | 2.64 |
| 12/19/2011 | Pacer Internet Fees | 6.80 |

SUBTOTAL:                                                                                    [    37.60]

Total additional charges                                                                         $37.60

Total amount of this bill                                                                      $4,547.60

Previous balance                                                                              $18,110.01

Accounts receivable transactions

| 12/28/2011 | Payment - Thank You. Check No. 1368 | ($14.00) |
|---|---|---|
| 12/28/2011 | Payment - Thank You. Check No. 1367 | ($3,270.00) |
| 12/28/2011 | Payment - Thank You. Check No. 1385 | ($29.76) |
| 12/28/2011 | Payment - Thank You. Check No. 1384 | ($8,895.00) |

Total payments and adjustments                                                              ($12,208.76)

CCIFI, LLC

Page 3

| | Amount |
|---|---|
| Balance due | $10,448.85 |